IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 5:14-CR-65-MTT |
| v. : | |
| : | VIOLATION: 21 U.S.C. § 846 i/c/w |
| ANTONIO GARCIA-GARCIA, : | 21 U.S.C. § 841(a)(1) |
| and : | 21 U.S.C. § 841(b)(1)(C) |
| EDUARDO PALACIOS-HERNANDEZ : | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

COUNT ONE
CONSPIRACY TO POSSESS WITH INTENT TO
DISTRIBUTE METHAMPHETAMINE

That from January 24, 2014 to on or about January 27, 2014, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

ANTONIO GARCIA–GARCIA,
AND
EDUARDO PACIOS-HERNANDEZ,

did conspire with each other and with others, both known and unknown to the Grand Jury, to unlawfully, and knowingly possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing Methamphetamine, in violation of 21 United States Code, Section 846 in connection with Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
## POSSESSION WITH INTENT TO
## DISTRIBUTE METHAMPHETAMINE

That on or about January 24, 2014, in the Macon Division of the Middle District of Georgia, the defendants,

**ANTONIO GARCIA –GARCIA,**
**AND**
**EDUARDO PACIOS-HERNANDEZ,**

aided and abetted by each other and by others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing Methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18 United States Code Section 2.

## COUNT THREE
## POSSESSION WITH INTENT TO
## DISTRIBUTE METHAMPHETAMINE

That on or about January 27, 2014, in the Macon Division of the Middle District of Georgia, the defendants,

**ANTONIO GARCIA –GARCIA,**
**AND**
**EDUARDO PACIOS-HERNANDEZ,**

aided and abetted by each other and by others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance

containing Methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18 United States Code Section 2.

A TRUE BILL.

s/
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* 14th *day of* October *A.D. 20* 14.

Deputy Clerk